United States Bankruptcy Court
Northern District of Texas

In re: Arcadian Resources, LLC

Debtor(s)

Case No.

Chapter 11

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/01/2024

_____
Signature of Individual signing on behalf of debtor

Sole Member
Position or relationship to debtor

Anderson Perforating Services LLC
P.O. Box 2037
Albany, TX 76430

Byrd Oilfield Services, LLC
P.O. Box 7269
Abilene, TX 79608

Horizon Mud Company
P.O. Box 3130
Midland, TX 79702

Innovex Downhole Solutions, Inc.
P.O. Box 679456
Dallas, TX 75267

Jet Oil Tools, LLC
8511 Ridgelea St.
Dallas, TX 75209

Kingsley Directional, LLC
13921 Hwy 105 W
Conroe, TX 77304

NCS Multistage, LLC
P.O. Box 732446
Dallas, TX 75373

NexTier Completion Solutions, Inc.
P.O. Box 201544
Dallas, TX 75320

Pima Oilfield Services, LLC Fishing & Rental
P.O. Box 247
Plains, TX 79355

Platinum Pipe Rentals, LLC
P.O. Box 201214
Dallas, TX 75230

PureFrac LLC
P.O. Box 60710
Midland, TX 79711

RedZone Coil Tubing, LLC d/b/a Nine Energy Se
P.O. Box 733726
Dallas, TX 75373

Rybree Services
P.O. Box 13986
Odessa, TX 79768

SkillCo LLC
P.O. Box 602
Snyder, TX 79550

Straitline Well Services LLC
13750 San Pedro Ave. Ste. 560
San Antonio, TX 78232

TenTex Energy Services LLC
4201 S. County Road 1270
Midland, TX 79706

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

Womack Tank & Manufacturing, LLC
P.O. Box 96131
Southlake, TX 76092

Znergen
P.O. Box 60593
Midland, TX 79706