**Fill in this information to identify the case:**

Debtor name: Arcadian Resources, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kingsley Directional, LLC  13921 Hwy 105 W  Conroe, TX, 77304 | | Services | | | | 215,813.55 |
| 2 | Platinum Pipe Rentals, LLC  P.O. Box 201214  Dallas, TX, 75230 | | Services | | | | 211,813.25 |
| 3 | Straitline Well Services LLC  13750 San Pedro Ave.  Ste. 560  San Antonio, TX, 78232 | | Services | | | | 148,760.63 |
| 4 | Byrd Oilfield Services, LLC  P.O. Box 7269  Abilene, TX, 79608 | | Services | | | | 112,815.00 |
| 5 | NCS Multistage, LLC  P.O. Box 732446  Dallas, TX, 75373 | | Services | | | | 77,762.00 |
| 6 | TenTex Energy Services LLC  4201 S. County Road 1270  Midland, TX, 79706 | | Services | | | | 61,641.00 |
| 7 | Znergen  P.O. Box 60593  Midland, TX, 79706 | | Services | | | | 61,641.00 |
| 8 | Horizon Mud Company  P.O. Box 3130  Midland, TX, 79702 | | Services | | | | 59,966.47 |

Debtor  Arcadian Resources, LLC
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Jet Oil Tools, LLC<br>8511 Ridgelea St.<br>Dallas, TX, 75209 | | Services | | | | 50,575.00 |
| 10 | SkillCo LLC<br>P.O. Box 602<br>Snyder, TX, 79550 | | Services | | | | 50,396.00 |
| 11 | NexTier Completion Solutions, Inc.<br>P.O. Box 201544<br>Dallas, TX, 75320 | | Services | | | | 44,298.14 |
| 12 | Innovex Downhole Solutions, Inc.<br>P.O. Box 679456<br>Dallas, TX, 75267 | | Services | | | | 35,583.14 |
| 13 | Pima Oilfield Services, LLC Fishing & Rental<br>P.O. Box 247<br>Plains, TX, 79355 | | Services | | | | 19,147.16 |
| 14 | Rybree Services<br>P.O. Box 13986<br>Odessa, TX, 79768 | | Services | | | | 14,410.00 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |